STATE of Missouri, Respondent,

v.

Robert BURNS, Sr., Appellant.

No. WD 59797.

Missouri Court of Appeals, Western District.

June 11, 2002.

Floyd A. White, Jr., Charles M. Rogers, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Adriane D. Crouse, Asst. Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, JAMES M. SMART, JR., Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Robert Burns, Sr., appeals the circuit court's judgment convicting him of two counts of statutory sodomy in the first degree, two counts of child molestation in the first degree, two counts of sexual misconduct, and one count of statutory rape. We affirm. Rule 30.25(b).